ANNIE DAVIS, Appellant, *v.* CECIL H. MACMAHON, as Executor and Trustee under the Will of HENRY E. SMITH, Deceased, and MARION C. CURREY, Respondents, Impleaded with Others.

*Davis* v. *MacMahon*, 161 App. Div. 458, affirmed.
(Argued January 13, 1915; decided February 2, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 3, 1914, reversing a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term and directing judgment adjudging that the trust created in the fourth paragraph of the will of Henry E. Smith, deceased, is valid for the life of Marion Chase Currey, and that the provision of the said fourth paragraph of the will, disposing of the income of the residuary estate during the lifetime of Marion Chase Currey, is valid, but that the further trusts with respect to income after the death of Marion Chase Currey and until the expiration of twenty-five years from the date of the will, and

the dispositions of the will of the remainder of the residuary estate are void and that as to such remainder intestacy results, and that upon the death of Marion Chase Currey the plaintiff Annie Davis and the defendant Florence J. Muchmore, the next of kin of the testator, will be entitled to take in possession the residuary estate as intestate property.

*John Ewen* for appellant.

*Howard W. Ameli* for the executor and trustee, respondent.

*Thomas F. Murtha* for Marion C. Currey, respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ.